UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-80314-CIV-COHN/SELTZER

WARREN SHELTON,

       Plaintiff,

v.

CITY OF WEST PALM BEACH, a
municipality of State of Florida,

       Defendant.

_____/

## ORDER DENYING MOTION FOR RECONSIDERATION

**THIS MATTER** is before the Court upon Plaintiff Warren Shelton's Motion for Reconsideration [DE 40]. The Court has considered the Motion for Reconsideration, the record in this case, and is otherwise advised in the premises.

On December 6, 2010, the Court entered an Order Granting Defendant's Motion to Dismiss and Dismissing Case With Prejudice [DE 39] based on "Plaintiff's repeated failure to comply with the federal rules and the Court's orders, and in light of the fact that sanctioning Plaintiff did not result in his compliance with future orders." DE 39 at 2. In his Motion for Reconsideration, Plaintiff now seeks to reopen this case. There are three grounds which justify the filing of a motion for reconsideration: "1) an intervening change in controlling law; 2) the availability of new evidence; and 3) the need to correct clear error or prevent manifest injustice." Williams v. Cruise Ships Catering & Serv. Int'l, N.V., 320 F. Supp. 2d 1347, 1357-58 (S.D. Fla. 2004); Reyher v. Equitable Life Assur. Soc., 900 F. Supp. 428, 430 (M.D. Fla. 1995). A motion for reconsideration is not intended to be a tool for relitigating what a court has already decided. Reyher, 900 F. Supp. at 430. Rather, it "must demonstrate why the court should reconsider its prior

decision and set forth facts or law of a strongly convincing nature to induce the court to reverse its prior decision." Id. (internal quotations omitted).  Plaintiff has demonstrated no change in law, no new evidence, and no clear error or manifest injustice.  As this Court will not allow Plaintiff to relitigate that which has already been decided, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Reconsideration [DE 40] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 21st day of December, 2010.

_____
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF
Warren Shelton, *pro se*